# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Linworth LLC,

v.

JGR Ventures, et. Al.,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 03cv2510BEN(AJB)

FILED FEB 0 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                DEPUTY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the motion for partial summary judgment is granted and the motion for summary judgment is denied. The Clerk of Court may close the file. ...................................................................................................................
...................................................................................................................

February 6, 2007
Date

W. Samuel Hamrick, Jr.
Clerk

B. Robinson
(By) Deputy Clerk

ENTERED ON February 6, 2007