UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINWORTH LLC,<br><br>         Plaintiff,<br> vs.<br>JGR VENTURES, et al.,<br><br>         Defendants. | CASE NO. 03cv2510-BEN (AJB)<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES**<br>**(Dkt. No. 93)** |

  Now before the Court is Defendants' Motion for Attorney Fees. Pursuant to this Court's prior order on the cross-motions for summary judgment finding Defendants entitled to attorney fees under the limited liability company operating agreement, Defendants now seek an award of attorney fees. Specifically, Defendant Charles A. Ramunno, as Trustee, seeks fees in the amount of $146,741.45 and JGR Ventures seeks fees in the amount of $13,364.00. The motion is granted.

  Both Defendants have submitted detailed contemporaneous time records supporting their requested fees. The hourly rate of $275/hr. for counsel for Defendant JGR Ventures, Steven G. Admundson, Esq., is reasonable. The hourly rate of counsel for Defendant Charles A. Ramunno, Trustee, Spencer T. Dennison, Esq., is reasonable. Mr. Admundson has already made reductions to the amount originally billed ($17,247) and has appropriately exercised billing discretion in arriving at the amount of fees sought here ($13,364). Plaintiff has not objected to either Admundson's hourly rate or total fee amount. Likewise, Mr. Denison has already exercised billing discretion and reduced the amount originally billed from $197,179.90 to the amount initially sought here of $161,280. Mr. Denison, further reduced the amount of fees requested in

1 | response to Plaintiff's objections. Mr. Denison now seeks only fees in the total amount of
2 | $146,741.45. Plaintiff has not objected to his hourly rate. Where an attorney fee award is based
3 | upon a state law claim, federal courts apply the fee shifting law of the forum state. California law
4 | applies here. California courts may award attorney fees in a case involving a contract claim
5 | pursuant to California Civil Code § 1717. Courts in California awarding fees under § 1717 do not
6 | apply the lodestar approach when awarding fees. *Montgomery v. Biomed Specialities, Inc.*, 183
7 | Cal.App.3d 1292 (1986). Instead, the courts have broad discretion under § 1717 to consider a
8 | wide number of factors. *Id.* Having reviewed the billing records and being familiar with the
9 | proceedings and the complexity of the litigation, and having considered the amount involved and
10 | the skill and experience of counsel, the Court finds the fee amounts requested to be reasonable
11 | and grants the motion for attorney fees.

12 | Therefore, JGR Ventures is awarded attorney fees against Plaintiff and Counter-Defendant
13 | Linworth, LLC in the amount of $13,364.00. Charles A. Ramunno, Trustee of the 100 Hamilton
14 | Grantor Trust, is awarded attorney fees against Plaintiff and Counter-Defendant Linworth, LLC in
15 | the amount of $146,741.45.

16 | IT IS SO ORDERED.

18 | DATED: July 30, 2007

_____
Hon. Roger T. Benitez
United States District Judge